With all due respect,                    10-8-15

   This is a letter to check up on the sending of my free Trial Trascripts that my Appellate lawyer James W. Huggler Jr. suppose to have filed the motion for me to receive. I am in the process of pro se of Habeas Corpus So therefore I am in need of my Court Records please. I have been entitled to receive them do to my indigentcy State. Please forward this letter to James W. Huggler Jr. if necessary.
                    Thank You

P.S. Mr. Huggler did
not respond back to
me concerning my Court
Records.

Respectfully,

Ricky L. Harris

TDCJ #764936

Joe F Gurney Unit

1385 FM 3328

Palestine, TX 75803

REC'D IN COURT OF APPEALS
12th Court of Appeals District
OCT 15 2015
TYLER TEXAS
PAM ESTES, CLERK